B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District Of Washington

In re __Portfolio Investments, LLC__,
Debtor

Case No. __10-43655__

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| See attached | | | | |

Date: __May 14, 2010__

/s/ Steven Nikolich, Managing Mem
Debtor

*[Declaration as in Form 2]*

# Portfolio Investments, LLC: List of 20 Largest Unsecured Creditors

| | | |
|---|---|---|
| First Savings Bank Northwest<br>207 Wells Ave S<br>Renton, WA 98057 | 7 DOTs | Total Claim = $1,851,858<br>Total FMV = $ 1,673,850<br>Total Unsecured = $178,008 |
| Katherine Petrovich<br>PO Box 345<br>Wilkeson, WA 98396 | 2nd DOT<br>719-721 Main St Buckley | Claim =<br>FMV = $124,000<br>Unsecured portion = |
| Bank of America<br>100 N. Tyron St.<br>Charlotte, NC 28255-0001 | Line of credit | Claim = $43,000 |
| Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Credit card | Claim = $34,190.67 |
| City Treasurer<br>PO Box 11010<br>Tacoma, WA 98411-1010 | | Total Claim = $742.22 |
| Puget Sound Energy<br>PO Box 91269<br>Bellevue, WA 98009-9269 | Utilities | Claim = $660.29 |
| AT&T<br>PO Box 989049<br>West Sacramento, CA 95798-9049 | Utilities/Cell phone | Claim = $292.97 |