Susan Chang, WSBA #35971
Monica Chilton, WSBA #34398
Olga Rotstein, WSBA # 41388
Tax Attorneys, Inc.
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
425-462-2550 (tel.) / 425-462-2551 (fax)

Judge Karen A. Overstreet
Chapter: 11
Ex parte

UNITED STATES BANKRUPTY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

Portfolio Investments, LLC

    Debtor-in-Possession.

Case No. 10-43655

EX PARTE MOTION TO EXTEND TIME

COMES NOW Debtor-in-Possession, Portfolio Investments, LLC ("Debtor") by and through their counsel of record, Tax Attorneys, Inc, and moves this Court *ex parte* to extend the deadline for filing schedules, statements, and other required documents to June 17, 2010.

This case was filed as an emergency case on May 6, 2010. The schedules, statements, and other required documents are due on May 20, 2010. The extension is being requested because the Debtor has seven real properties with several mortgages to different creditors, as well as other assets, debts, and other expenses which it must properly identify. Additionally, Steven Nikolich, Manager Member of Portfolio Investments, LLC, is collecting and cataloging information for his personal bankruptcy. For these reasons, more time is needed to collect necessary documentation and information to ensure the schedules are accurate and complete.

Ex parte relief is appropriate as creditors and the trustee will have sufficient time to review the documents prior to the 341 hearing, assuming compliance with the requested extension. The requested extension complies with Local Bankruptcy Rule 1007-1(a)(2) as the 341(a) is scheduled for June 24, 2010

MOTION TO FOR AN EXTENSION OF TIME
TO FILE SCHEDULE AND STATEMENTS;
NOTICE OF HEARING

Tax Attorneys, Inc.
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
(425) 462-2550

and thus the requested extension is within seven (7) days prior to the 341(a) hearing. Best efforts will be made to file schedules, statements, and other required documents as soon as possible.

WHEREFORE, the Debtor respectfully requests that the Court extend the deadline to file schedules, statements, and other required documents to June 17, 2010.

Dated: Bellevue, Washington
May 20, 2010

Susan Chang, WSBA#35971
Monica Chilton, WSBA #34398
Olga Rotstein, WSBA #41388
Attorneys for the Debtor
Tax Attorneys, Inc.
800 Bellevue Way NE, Suite 400
Bellevue, Washington 98004
(425) 462-2550 (tel.)

MOTION FOR AN EXTENSION OF TIME
TO FILE SCHEDULE AND STATEMENTS;
NOTICE OF HEARING

Tax Attorneys, Inc.
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
(425) 462-2550