Susan Chang, WSBA #35971
Monica Chilton, WSBA #34398
Olga Rotstein, WSBA # 41388
Tax Attorneys, Inc.
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
425-462-2550   (tel.) / 425-462-2551 (fax)

Judge Paul B. Snyder
Chapter: 11
Ex Parte

IN THE UNITED STATES BANKRUPTY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

Portfolio Investments, LLC

    Debtor-in-Possession.

Case No. 10-43665

EX PARTE APPLICATION TO EMPLOY TAX ATTORNEYS, INC. AS ATTORNEYS FOR DEBTOR-IN-POSSESSION

COMES NOW Portfolio Investments, LLC, Debtor-in-Possession herein, respectfully represents the following:

1. The undersigned Debtor-in-Possession came into existence with the filing of the Chapter 11 petition on May 6, 2010.

2. Your applicant requires the assistance of counsel so as to enable it to properly perform its functions as Debtor-in-Possession. Employment of an attorney is necessary in connection with the following matters:

    (a) the preparation of records and reports as required by the Bankruptcy Rules, Interim Bankruptcy Rules and the Local Bankruptcy Rules;

    (b) the preparation of applications and proposed orders to be submitted to the court;

    (c) the identification and prosecution of claims and causes of action assertable by Applicant on behalf of the estate herein;

EX PARTE APPLICATION TO EMPLOY
TAX ATTORNEYS, INC. AS ATTORNEYS
FOR DEBTOR-IN-POSSESSION

1

TAX ATTORNEYS, INC.
800 Bellevue Way NE
Fourth Floor, Bellevue Place Building
Bellevue, Washington 98004
(425) 462-2550

(d) assisting and advising the Debtor-in-Possession in performing its other official functions; and

(e) protecting and preserving the assets of the estate for the Debtor-in-Possession from the claims of secured creditors.

3. The Debtor-in-Possession has conferred with, and now desires to employ Susan Chang of the firm of Tax Attorneys, Inc. ("Tax Attorneys") and her law firm to represent it in the above-captioned bankruptcy.

4. The Debtor-in-Possession has selected said firm because of the experience and knowledge of Susan Chang and her law firm of Tax Attorneys in the fields of bankruptcy, insolvency, and debtor's and creditors' rights. Accordingly, the Debtor-in-Possession believes that Susan Chang and Tax Attorneys are well qualified to represent it in this Chapter 11 case.

5. It is necessary and essential that the Debtor-in-Possession employs Susan Chang and Tax Attorneys under a general fee agreement based on time and billable charges. Debtor-in-Possession has not paid a retainer to Tax Attorneys for its representation. However, Tax Attorneys will be paid in the course of Debtor-in-Possession's reorganization through the Plan. The hourly billing rate for professionals and other support personnel in the firm who may perform services for the Debtor-in-Possession is $375 per hour for member attorneys, $190-275 per hour for associate attorneys, $145 per hour for paralegals, and $95 per hour for support staff. These rates may be adjusted to reflect market conditions. A copy of the fee agreement is attached as <u>Exhibit A</u>.

6. Postpetition services will be paid subject to court approval.

7. Susan Chang and Tax Attorneys have indicated their willingness to act on the Debtor-in-Possession's behalf and to be compensated in accordance with the terms and conditions set forth in paragraph 5 and 6 hereof.

EX PARTE APPLICATION TO EMPLOY
TAX ATTORNEYS, INC. AS ATTORNEYS
FOR DEBTOR-IN-POSSESSION

2

TAX ATTORNEYS, INC.
800 Bellevue Way NE
Fourth Floor, Bellevue Place Building
Bellevue, Washington 98004
(425) 462-2550

8. To the best of the applicants' knowledge, Susan Chang and Tax Attorneys are not creditors of the estate, nor represent or hold an interest adverse to the interests of the estate with respect to matters on which they are to be employed, and qualify as a disinterested person as defined in 11 U.S.C. § 101 (14).

9. Debtor-in-Possession served this application, the attached declaration of Susan Chang of Tax Attorneys, and the proposed order authorizing employment of Susan Chang and Tax Attorneys upon the U.S. Trustee's Office on May 21, 2010. At least five (5) days have passed since the application was served and no objection has been made by the United States Trustee's Office to the Application.

WHEREFORE, applicant requests the entry of the order authorizing it to employ and retain the firm Tax Attorneys, pursuant to and under a general fee agreement on the terms and conditions above, to represent it in this Chapter 11 case.

Dated: May 21, 2010         Debtor-in-Possession


/s/ Steven J. Nikolich
STEVEN J. NIKOLICH
Managing Member of Portfolio Investments, LLC

EX PARTE APPLICATION TO EMPLOY
TAX ATTORNEYS, INC. AS ATTORNEYS        3
FOR DEBTOR-IN-POSSESSION

TAX ATTORNEYS, INC.
800 Bellevue Way NE
Fourth Floor, Bellevue Place Building
Bellevue, Washington 98004
(425) 462-2550