Susan Chang, WSBA #35971
Monica Chilton, WSBA #34398
Olga Rotstein, WSBA # 41388
Tax Attorneys, Inc.
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
425-462-2550   (tel.) / 425-462-2551 (fax)

Judge Samuel J. Steiner
Chapter 11
Ex Parte

IN THE UNITED STATES BANKRUPTY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

Portfolio Investments, LLC

Debtor-in-Possession.

Case No. 10-43655

DECLARATION OF SUSAN CHANG IN SUPPORT OF APPLICATION TO EMPLOY TAX ATTORNEYS, INC, AS ATTORNEYS FOR DEBTOR-IN-POSSESSION

I, Susan Chang, declare:

1. I am an associate attorney in the law firm of Tax Attorneys, Inc. ("Tax Attorneys"), in Bellevue, Washington. I am a citizen of the United States, over the age of 18 years, and am competent to testify herein.

2. I am licensed to practice law in the state of Washington, and am authorized to practice before the United States Bankruptcy Court for the Western District of Washington. I make this declaration from my own personal knowledge in support of the Application to Employ Tax Attorneys as counsel for Debtor-in-Possession, filed by Portfolio Investments, LLC in the above captioned Chapter 11 case.

3. Insofar as I have been able to ascertain, neither I nor my law firm represent any interest adverse to that of the Debtor-in-Possession in the matters upon which said law firm is to be engaged.

DECLARATION OF SUSAN CHANG IN
SUPPORT OF APPLICATION TO EMPLOY
TAX ATTORNEYS, INC. AS ATTORNEYS
FOR DEBTOR-IN-POSSESSION

1

TAX ATTORNEYS, INC.
800 Bellevue Way NE
Fourth Floor, Bellevue Place Building
Bellevue, Washington 98004
(425) 462-2550

4. Based upon the foregoing, I believe I am a "disinterested person" within the meaning of Sections 101(14) and 328(c) of the Bankruptcy Code.

5. Debtor-in-Possession has paid no retainer to Tax Attorneys for its representation. However, Tax Attorneys will be paid in the course of the Debtor-in-Possession's reorganization through the Plan. Postpetition services will be paid subject to court approval.

6. Declarant has advised the Debtor-in-Possession of her and her firm's willingness to serve as its counsel under a general fee agreement based on time and standard billable charges. The hourly billing rate for professionals and other support personnel in the firm who may perform services for the Debtor-in-Possession is $375 per hour for member attorneys, $190-275 per hour for associate attorneys, $145 per hour for paralegals, and $95 per hour for support staff. These rates may be adjusted on an annual basis to reflect market conditions. A copy of the fee agreement has been attached to the Debtor-in-Possession's Ex Parte Application.

7. Debtor-in-Possession served this application, the attached declaration of Susan Chang of Tax Attorneys, and the proposed order authorizing employment of the law firm upon the U.S. Trustee's Office on May 21, 2010, for review and endorsement pursuant to Local Bankruptcy Rule 2014-1(b). At least five (5) days have passed since the application was served and no objection has been made by the United States Trustee's Office to the Application.

8. Your Declarant certifies that she has read Local Rule 2016-1 which sets forth the requirements for an application for compensation and reimbursement.

///

///

///

DECLARATION OF SUSAN CHANG IN
SUPPORT OF APPLICATION TO EMPLOY
TAX ATTORNEYS, INC. AS ATTORNEYS
FOR DEBTOR-IN-POSSESSION

2

TAX ATTORNEYS, INC.
800 Bellevue Way NE
Fourth Floor, Bellevue Place Building
Bellevue, Washington 98004
(425) 462-2550

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct to the best of my knowledge and information.

SIGNED AND DATED this 21st day of May, 2010 at Bellevue, Washington.

/s/ Susan Chang
SUSAN CHANG

DECLARATION OF SUSAN CHANG IN
SUPPORT OF APPLICATION TO EMPLOY
TAX ATTORNEYS, INC. AS ATTORNEYS
FOR DEBTOR-IN-POSSESSION

3

TAX ATTORNEYS, INC.
800 Bellevue Way NE
Fourth Floor, Bellevue Place Building
Bellevue, Washington 98004
(425) 462-2550